& COMPANY, Appellants, v. LOUIS M. KARDOS and Another, Composing the Firm of KARDOS & COMPANY, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANSEL S. LEO, Respondent, v. CARL VON PUSTAU, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EDWARD MAYER v. FRANK HALBAUER.— Motion to dismiss appeal denied, without prejudice to renewal as stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ELMA FINK, an Infant, v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL FINK v. NEW YORK RAILWAYS COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LESTER M. FRIEDMAN v. STEPHEN A. MACHCINSKI.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EMMANUEL TECK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL SHERMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

FIREMAN'S FUND INSURANCE COMPANY v. PAUL STUPPEL, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LAWRENCE K. HOFFMAN v. THE WESTERN UNION TELEGRAPH COMPANY. — Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

PANAGIOTIS CONTONIS v. NORTH ATLANTIC INSURANCE COMPANY; PANAGIOTIS CONTONIS v. JEFFERSON INSURANCE COMPANY; PANAGIOTIS CONTONIS v. LIBERTY MARINE INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

WILLIAM SIEGEL v. SPEAR & COMPANY.—Application granted. Order signed. Motion for stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JAMES E. SPIEGELBERG and Others v. IDEL M. WULF and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MILLER & SONS COMPANY v. E. M. SERGEANT COMPANY.— Application

granted. Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN S. MELCHER v. REXMERE REALTY COMPANY.—Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LOUIS RUBIN v. INSURANCE COMPANY OF NORTH AMERICA.—Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN C. BOIARDI v. MARDEN, ORTH & HASTINGS CO., INC.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ADELAIDE E. O'MEARA v. NICHOLAS BETJEMAN and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE COMMERCIAL TRUST COMPANY OF NEW YORK v. COLUMBIA TRUST COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM M. HOES, as Administrator, etc., v. LAWSON PURDY and Others, as Commissioners, etc.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of CORPORATION COUNSEL (OLD KINGSBRIDGE ROAD.) — Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CHAMPION COATED PAPER COMPANY v. CAREY PRINTING COMPANY, INC. — Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SARA E. TECHT v: ELIZABETH HUGHES, Impleaded, etc.—Motion granted; question certified.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN SHEEHAN v. CHARLES W. CAVANAGH.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CARL VIETOR and Others v. RELIANCE MANUFACTURING COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ARCHIE KARPF v. JOSEPH WILDMAN.— Motion granted. Settle order on notice.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

LAWRENCE K. HOFFMAN v. THE WESTERN UNION TELEGRAPH COMPANY. — Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ABRAHAM POLLACK v. VINCENT J. FARLEY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.